IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| WAYNE VANATHAN BLACK,       )<br>                             )<br>     Plaintiff,             )<br>                             )<br>     v.                      )<br>                             )<br>KEN BROWN, et al.,          )<br>                             )<br>     Defendants.            )  | CIVIL ACTION NO.<br>1:22cv107-MHT<br>(WO) |

**OPINION**

Plaintiff, an inmate, filed this lawsuit complaining that he was incarcerated for an alleged violation of parole without timely receiving a violation warrant or a hearing required by Alabama law. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to prosecute the case. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of May, 2022.

                                   /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**